Case No. 24-1471

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LASHAUN CURRY,

*Plaintiff – Appellant*

v.

SOUTH CAROLINA STATE ELECTION COMMISSION,

*Defendants – Appellee*

**On Appeal from the United State District Court
For the District of South Carolina at Columbia**

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE BRIEF OF APPELLEES**

Fred A. Williams (FID 9934)
Derwood L. Aydlette III (FID 5036)
Bettis Law Group, L.L.P.
3700 Forest Drive, Suite 500
Columbia, SC  29204
Phone: (803) 799-9311
Fax:  (803) 254-6951
fred@bettislawsc.com
dirk@bettislawsc.com

Counsel for Appellee

Pursuant to Local Rule 31(c), Appellee South Carolina State Election Commission hereby moves, with the consent of Appellant, to extend the time for filing the Response Brief by 30 days. The current due date is August 19, 2024. A 30-day extension would place the due date on September 18, 2024. Grounds for this extension are that undersigned counsel has taken over this file from a former associate and is getting up to speed while also handling ongoing matters. Accordingly, it will be difficult to produce the Response Brief in this matter in a timely manner based on the current deadline.

WHEREFORE, Appellees respectfully request that the time for filing the Response Brief of Appellees be extended until September 18, 2024.

Respectfully submitted,

s/ Derwood L. Aydlette, III
Derwood L. Aydlette, III
Fred A. Williams
Counsel for Appellees

August 13, 2024